In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

———————————— ——

**09-19-00039-CR**

————————————

**Rafael Leos-Trejo**

**v.**

**The State of Texas**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-12-16785-CR**

_____

**ORDER**

The Court Reporter of the 435th District Court of Montgomery County, Texas is to forward the following original sealed exhibit to the Clerk of this Court on or before **May 7, 2020**:

Defense Exhibit No. 10  - Forensic Interview of Kimberly Segura

The original exhibit will be returned to the court reporter of the 435th District Court when the appeal is final in this Court.

Entered this the 22 day of April, 2020.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.